MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-6758
> FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 14-CR-00019-EMC |
| ) | |
| v. ) | |
| ) | |
| LUIS MARTIN ORTIZ, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | |
| Defendant. ) | |
| ) | |

The Government respectfully submits this Stipulation and Proposed Order to memorialize the continuance of the July 22, 2014 evidentiary hearing relating to the defendant's suppression motion to July 30, 2014 at 9:30 am. The parties hereby stipulate and agree to the following:

1. On May 21, 2014, the defendant filed a motion to suppress in the above-captioned matter.

2. On July 9, 2014, the parties appeared before the Court on the suppression motion and, after hearing argument, the Court determined that an evidentiary hearing was necessary to resolve the suppression motion.

3. Due to the availability of a witness, at the request of the Government, and with the consent of the defense, the Court continued the evidentiary hearing from its originally set July 22, 2014 date until July 30, 2014 at 9:30 am.

//

1 | SO STIPULATED.
2 | DATED: July 11, 2014

3
4
/s/
W.S. Wilson Leung
Assistant United States Attorney

7
8
/s/
Geoffrey Hansen, Esq.
Counsel for Defendant Luis Martin Ortiz

11 | SO ORDERED.
12 | DATED: July 21, 2014

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA